# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162943(65)

SOUTH DEARBORN ENVIRONMENTAL
IMPROVEMENT ASSOCIATION, INC.,
DETROITERS WORKING FOR
ENVIRONMENTAL JUSTICE, ORIGINAL
UNITED CITIZENS OF SOUTHWEST
DETROIT, and SIERRA CLUB,
      Petitioners-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DAN WYANT,
      Respondents-Appellees,
and

CLEVELAND-CLIFFS STEEL CORPORATION,
formerly known as AK STEEL CORPORATION,
      Appellee.
_____/

SC: 162943
COA: 350032
Wayne CC: 14-008887-AA

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Adam P. Hall to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk